UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:   Ryan John Waldschmidt                                        Case Number: 1:10CR00277-01

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
U.S. District Judge

Date of Original Sentence: July 11, 2011

Original Offense: Count 1: Distribution of Child Pornography;
18 U.S.C. §§ 2252A(a)(2)(A), (b)(1); and 2256(8)(A)

Original Sentence: 180 months imprisonment and 25 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) no alcohol, no bars; (3) mental health treatment; (4) comply with sex offender registration requirements; (5) sex offender treatment; (6) residence preapproval; (7) financial disclosure; (8) no employment/volunteering that involves contact with children; (9) no sexually explicit materials; (10) third party disclosure; (11) waive rights to confidentially in mental health treatment; (12) no computer access; and (13) submit computers to search and provide computer-related billing. Special Assessment: $100.00 (paid).

Type of Supervision: Supervised Release                        Date Supervision Commenced: March 13, 2024
                                                                                            Expiration Date: March 12, 2049

## PETITIONING THE COURT

To modify the conditions of supervised release by adding Special Condition 17:

17. You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) for a period of four (4) months.  While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer. All required subsistence is waived.

## CAUSE

On October 22, 2025, Mr. Waldschmidt reported to the United States Probation Office, Grand Rapids, Michigan, for random drug testing. Mr. Waldschmidt admitted to taking Adderall, which was not prescribed to him, and signed a drug admission statement noting the same.

Mr. Waldschmidt's mother recently passed away unexpectedly. This has impacted his living situation, and he will be homeless. Mr. Waldschmidt is employed at Helix Steel, Grand Rapids.

It should be noted, Mr. Waldschmidt's drug tests have been negative since July 2024. Mr. Waldschmidt currently attends the medication-assisted treatment at Samaritas, Holland, Michigan. He will be referred to Arbor Circle for substance abuse and mental health treatment services. Mr. Waldschmidt also attends sex offender treatment at Berghuis Psychological Service, Kentwood, Michigan.

Based on this information, it is respectfully recommended Mr. Waldschmidt complete four months at an RRC, to serve as a sanction for his drug use and to assist with his homelessness. The RRC will drug test Mr. Waldschmidt to monitor further drug use. Placing Mr. Waldschmidt at an RRC will allow him to remain in the community where he can receive treatment services and work toward sobriety, while maintaining employment and saving for housing.

**Previous Violations**

- **March 22, 2024**: Modification of supervised release to allow Mr. Waldschmidt computer access. The Court added Special Condition Numbers (14) computer monitoring and (15) search with reasonable suspicion of a violation.

- **April 30, 2024**: Modification of supervised release due to Mr. Waldschmidt abusing his prescribed medications. The Court added Special Condition Number (16) controlled substances only as prescribed.

- **May 14, 2024**: Report on Offender: Mr. Waldschmidt consumed alcohol and failed to comply with his medication monitoring plan. Mr. Waldschmidt entered the residential treatment program at Kalamazoo Probation Enhancement Program, Kalamazoo, Michigan (KPEP). The Court agreed with the request for no action.

- **July 1, 2024**: Report on Offender: Mr. Waldschmidt viewed anime images that were pornographic in nature on his monitored internet capable device. Mr. Waldschmidt's device was seized, and his internet access was revoked. The Court agreed with the request for no action.

- **July 30, 2024**: Report on Offender: Mr. Waldschmidt admitted to amphetamine use. He remained at KPEP in the residential treatment program. The Court agreed with the request for no action.

**U.S. Probation Officer Action:**

Mr. Waldschmidt agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.

|  | Approved, | Respectfully submitted, |
|---|---|---|
| by | /s/ Ashley M. Smith | by /s/Keonna L. Cruzado |
|  | Ashley M. Smith | Keonna L. Cruzado |
|  | Supervisory U.S. Probation Officer | U.S. Probation Officer Specialist |
|  | Date: October 28, 2025 | Date: October 28, 2025 |

THE COURT ORDERS:

☐     No Action
☒     The Modification of Conditions as Noted Above
☐     Other

                                             /s/ Paul L. Maloney

The Honorable Paul L. Maloney
U.S. District Judge
   October 29, 2025

Date

PROB 49
(3/89)

# United States District Court

## Western District of Michigan

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

#### Ryan Waldschmidt

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervision type or to the proposed extension of my term of supervision:

To modify the conditions of supervised release by adding Special Condition 17:

17. You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) for a period of four (4) months. While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer. All required subsistence is waived.

Witness _____
(U.S. Probation Officer)

Signed _____
Ryan Waldschmidt
Probationer or Supervised Release

10/27/2025
(Date)